UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH FRANKLIN TYSON,

    Defendant.
_____/

Case No.: 1:04-cr-217

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 97). The Report and Recommendation was duly served on the parties and shall be adopted immediately, subject to change should any timely objections be filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that defendant's conditions of supervision are modified as follows:

**The defendant shall reside for a period of thirty (30) days at the Kalamazoo Probation Enhancement Program (KPEP) located in Benton Harbor, Michigan, as arranged by the probation officer, with immediate work related privileges and shall observe the rules of that facility.**

Dated: September 16, 2011

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge